■ In the Matter of MARVIN R. JAVITZ, Admitted as MARVIN RONALD JAVITZ, a Disbarred Attorney.—His report concerning respondent's files having been received by this court, Hyman W. Gamso, Esq., is relieved of his duties in this matter, with the thanks of this court. Concur—Murphy, P. J., Sandler, Sullivan, Ross and Milonas, JJ.